UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JENNY HWANG,

               Plaintiff,                    JUDGMENT
                                                     22 CV 5500 (RPK)(LB)

              -against-

TRACIE MARTYN, INC.,

               Defendant.
------------------------------------------------------------ X

       An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on January 25, 2023, adopting the Report and Recommendation of Magistrate Judge Steven Tiscione, dated January 5, 2023, dismissing the complaint without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b); it is

       ORDERED and ADJUDGED that the complaint is dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Dated: Brooklyn, NY                                             Brenna B. Mahoney
       February 16, 2023                                 Clerk of Court

                                                               By: _/s/Jalitza Poveda_____
                                                                       Deputy Clerk